UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson,**<br><br>    Plaintiff,<br><br>  v.<br><br>**Sweet Spark, Inc**., a California Corporation; and Does 1-10,<br><br>    Defendants. | Case No.: 2:17-CV-02474-WBS-DB<br><br>**ORDER ON REQUEST TO CONTINUE STATUS (PRETRIAL SCHEDULING) CONFERENCE**<br><br>Complaint Filed: Nov 24, 2017<br>Trial Date:          N/A |

Having read the Application to Continue Status (Pretrial Scheduling) Conference and finding good cause it is hereby ordered that the deadline for the Joint Status Report be continued to May 21, 2018, and the Status (Pretrial Scheduling) Conference, be continued to June 4, 2018 at 1:30 PM.

IT IS SO ORDERED.

Dated:  March 13, 2018

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE