1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10
                            ----oo0oo----
11

12   SCOTT JOHNSON,                    CIV. NO. 2:17-2474 WBS DB

13             Plaintiff,              ORDER REFERRING CASE TO VDRP AND
                                       STAYING PROCEEDINGS
14        v.

15   SWEET SPARK, INC., a
     California Corporation; and
16   DOES 1-10,

17             Defendants.

18                          ----oo0oo----

19
             The court has determined that this case is appropriate
20
     for an early settlement conference and will refer the action to
21
     the court's Voluntary Dispute Resolution Program ("VDRP").
22
             IT IS THEREFORE ORDERED that:
23
             1.    Within fourteen (14) days of this Order, the
24
     parties shall contact the court's VDRP administrator, Sujean
25
     Park, at (916) 930-4278 or SPark@caed.uscourts.gov, to start the
26
     process of selecting an appropriate neutral.  The parties shall
27
     carefully review and comply with Local Rule 271, which outlines
28
                                  1

the specifications and requirements of the VDRP.

      2.    Any party that objects to this referral to the VDRP shall file its objections within seven (7) days of this Order. Such objections shall clearly outline why that party believes that the action is not appropriate for referral to the VDRP.

      3.    To avoid the unnecessary expenditure of costs and attorneys' fees, this action is hereby stayed to provide the parties time to complete the VDRP session. No later than five (5) days after completion of the VDRP session, the parties shall file a joint statement indicating whether a settlement was reached.

      4.    The parties shall complete the VDRP session no later than August 13, 2018. The court hereby resets the Status (Pretrial Scheduling) Conference for September 10, 2018 at 9 a.m. If a settlement is not reached through VDRP, the parties shall submit an Amended Joint Status Report no later than August 27, 2018.

      IT IS SO ORDERED.

Dated:  May 30, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE