**LAW OFFICES OF JOHNNY L. GRIFFIN III**
**JOHNNY L. GRIFFIN III (SBN 118694)**
**MANOLO H. OLASO (SBN 195629)**
**SAMMAR H. MIQBEL (SBN 304888)**
1010 F Street, Suite 200
Sacramento, California 95814
Telephone: (916) 444-5557
Facsimile: (916) 444-5558

Attorneys for Defendant SWEET SPARK, INC.

**CENTER FOR DISABILITY ACCESS**
Phyl Grace, Esq., SBN 171771
Dennis Price, Esq., SBN 279082
Mary Melton, Esq., SBN 164407
<u>Mail</u>: PO Box 262490
San Diego, CA 92196-2490
<u>Delivery</u>: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com

Attorney for Plaintiff SCOTT JOHNSON

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| SCOTT JOHNSON, | 2:17-CV-02474-WBS-DB |
| Plaintiff, | **STIPULATION TO EXTEND TIME TO COMPLETE VDRP AND TO CONTINUE STATUS CONFERENCE** |
| v. | |
| SWEET SPARK, INC.; a California Corporation; and Does 1-10. | Complaint Filed: Nov. 24, 2017 |
| Defendants. | Status Conference: Sept. 10, 2018 |

The parties, by and through their undersigned counsel, hereby move the Court for an order extending the time to complete VDRP and to reset the status (pretrial scheduling) conference. In support of this Motion, the parties state as follows:

1. Plaintiff Scott Johnson filed his complaint on November 24, 2017.

2. Sweet Spark, Inc. filed its answer on April 13, 2018.

3. On May 30, 2018, the Court ordered the case stayed and referred to VDRP (Voluntary Dispute Resolution Program) for an early settlement conference, and set a VDRP completion date of August 13, 2018.

4. On August 14, 2018, a VDRP neutral was proposed for appointment. One of the parties objected to the appointment. The parties are waiting for a new proposed neutral to be named.

5. The parties request an extension of time to complete VDRP to November 16, 2018. The parties also request that the current stay of proceedings remain in effect, as outlined in the Court's May 30, 2018 order. Within five (5) days of completion of VDRP, the parties shall file a joint statement indicating whether settlement was reached.

6. In addition, the parties request resetting the September 10, 2018 status conference to a date after November 16, 2018. The parties shall file an Amended Joint Status Report in advance of the status conference.

///

///

///

///

**WHEREFORE,** the parties, through their undersigned counsel, respectfully request that the Court grant this motion for extension of time to complete VDRP to November 16, 2018, and to re-set the September 10, 2018 status conference.

Dated: August 27, 2018                    LAW OFFICES OF JOHNNY L. GRIFFIN III

                                          By: s/ Manolo H. Olaso
                                          Manolo H. Olaso
                                          Attorney for Defendant Sweet Spark, Inc.


Dated: August 27, 2018                    CENTER FOR DISABILITY ACCESS


                                          By: s/ Phyl Grace
                                          Phyl Grace
                                          Attorney for Plaintiff Scott Johnson
                                          (e-signature expressly authorized 08/27/2018)

**PURSUANT TO THE PARTIES' STIPULATION, THE COURT ORDERS THE FOLLOWING:**

1. The parties shall complete VDRP no later than November 16, 2018.
2. Within five (5) days of completing VDRP, the parties shall file a joint statement advising the Court whether settlement was reached.
3. The status (pretrial scheduling) conference is reset to **December 17, 2018 at 1:30 p.m.**
4. The parties shall file an Amended Joint Status Report no later than **December 3, 2018**.

Dated: August 28, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE