**LAW OFFICES OF JOHNNY L. GRIFFIN III**
**JOHNNY L. GRIFFIN III (SBN 118694)**
**MANOLO H. OLASO (SBN 195629)**
1010 F Street, Suite 200
Sacramento, California 95814
Telephone: (916) 444-5557
Facsimile: (916) 444-5558

Attorneys for Defendant SWEET SPARK, INC.

**CENTER FOR DISABILITY ACCESS**
Phyl Grace, Esq., SBN 171771
Dennis Price, Esq., SBN 279082
Mary Melton, Esq., SBN 164407
<u>Mail</u>: PO Box 262490
San Diego, CA 92196-2490
<u>Delivery</u>: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com

Attorney for Plaintiff SCOTT JOHNSON

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| SCOTT JOHNSON, | 2:17-CV-02474-WBS-DB |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO COMPLETE VDRP AND TO CONTINUE STATUS CONFERENCE** |
| v. | |
| SWEET SPARK, INC.; a California Corporation; and Does 1-10. | Complaint Filed: Nov. 24, 2017 |
| Defendant. | Status Conference: December 17, 2018 |

The Parties, by and through their undersigned counsel, hereby move the Court for an order extending the time to complete VDRP and to reset the Status (pretrial scheduling) Conference. In support of this Stipulation, the Parties state as follows:

1. Plaintiff SCOTT JOHNSON filed his Complaint on November 24, 2017.
2. Sweet Spark, Inc. filed its answer on April 13, 2018.
3. On May 30, 2018, the Court ordered the case stayed and referred to VDRP (Voluntary Dispute Resolution Program) for an early settlement conference, and set a VDRP completion date of August 13, 2018.
4. On August 14, 2018, a VDRP neutral was proposed for appointment. Defendant objected to the appointment.
5. A new neutral was assigned on November 1, 2018. The Parties are currently engaged in active discussions regarding scheduling a mediation date, and anticipate completion no later than the 91st day after appointment. Local Rule 271 (j)(1).
6. A Status Conference is currently scheduled for December 17, 2018.
7. Because the Parties require additional time to complete VDRP, the Parties request an extension of time to complete VDRP to January 29, 2019 (the 91st day after appointment). The Parties also request that the current stay of proceedings remain in effect, as outlined in the Court's May 30, 2018 order. Within five (5) days of completion of VDRP, the Parties shall file a joint statement indicating whether settlement was reached.
8. In addition, the Parties request resetting the December 17, 2018 status conference to a date in February 2019. The parties propose February 18, 2019. The parties shall file an Amended Joint Status Report 14 days before the status conference.

2

Stipulation to Extend Time to Complete VDRP and to Continue Status Conference
Case No. 2:17-CV-02474-WBS-DB

**WHEREFORE,** the Parties, through their undersigned counsel, respectfully request that the Court grant this stipulation for extension of time to complete VDRP to January 29, 2019, and to re-set the December 17, 2018 status conference.

Dated: November 16, 2018         LAW OFFICES OF JOHNNY L. GRIFFIN III

/s/ Manolo Olaso

By:
Manolo H. Olaso
Attorney for Defendant Sweet Spark, Inc.

Dated: November 16, 2018         CENTER FOR DISABILITY ACCESS

/s/ Phyl Grace

By:
Phyl Grace
Attorney for Plaintiff Scott Johnson
(e-signature expressly authorized 11/16/2018)

**[PROPOSED] ORDER**

**PURSUANT TO THE PARTIES' STIPULATION, THE COURT ORDERS THE FOLLOWING:**

1. The parties shall complete VDRP no later than **January 29, 2019**.
2. Within five (5) days of completing VDRP, the parties shall file a joint statement advising the Court whether settlement was reached.
**3.** The status (pretrial scheduling) conference is reset to **March 4, 2019 at 1:30 p.m.**
4. The parties shall file an Amended Joint Status Report no later than **February 19, 2019.**

Dated: November 20, 2018         _/s/ William B. Shubb_
                                 WILLIAM B. SHUBB
                                 UNITED STATES DISTRICT JUDGE