UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

    Plaintiff,

v.

SWEET SPARK, INC., a California Corporation; and Does 1-10,

    Defendants.

Case No.: 2:17-CV-02474-WBS-DB

**ORDER**

### **ORDER**

The Court hereby vacates all currently set dates, with the expectation that the parties will file a motion for determination of attorney fees/costs. A stipulated dismissal shall be filed within 30 days pursuant to the Minutes issued January 6, 2020 (Docket No. 39).

**IT IS SO ORDERED.**

**Dated: January 13, 2020**

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE