# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson**, <br> Plaintiff, <br><br> v. <br><br> **Sweet Spark, Inc.**, a California Corporation; and Does 1-10, <br><br> Defendants, | **Case No**. 2:17-CV-02474-WBS-DB <br><br> ORDER TO EXTEND DATE FOR FILING DISMISSAL |

Having read the stipulation of the parties, and for good cause shown, the Court hereby GRANTS the request. The deadline to file a Stipulation for Dismissal shall be extended up to and including to March 2, 2020, or the parties shall file a joint status report by that date if settlement has not been finalized. A Status Conference is set in this action on 3/16/2020 at 01:30 PM in Courtroom 5 (WBS) before Senior Judge William B. Shubb , and shall be automatically vacated upon the submission of a stipulated dismissal by the parties.

**IT IS SO ORDERED.**

Dated: February 13, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1

Order          2:17-CV-02474-WBS-DB