**LAW OFFICES OF JOHNNY L. GRIFFIN III**
**JOHNNY L. GRIFFIN III (SBN 118694)**
**MANOLO H. OLASO (SBN 195629)**
1010 F Street, Suite 200
Sacramento, California 95814
Telephone: (916) 444-5557
Facsimile: (916) 444-5558
Attorneys for Defendant SWEET SPARK, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| SCOTT N. JOHNSON, | Case No. 2:17-CV-02474-WBS-DB |
| Plaintiff, | **ORDER RE: DEFENDANT SWEET SPARK, INC.'S REQUEST TO SEAL DOCUMENTS** |
| V. | |
| SWEET SPARK, INC., | |
| Defendant. | |

Based on the Court's review of the defendant's Request to Seal Documents, on the unredacted settlement agreement submitted to the chambers clerk, on the plaintiff's attorneys' fees motion and its supporting papers, and on the defendant's opposition thereto, and on all papers filed in this action thus far, defendants' Request to Seal Documents is hereby granted and the unredacted signed settlement agreement in this case shall be filed under seal.

**IT IS SO ORDERED.**

**Dated: March 12, 2020**

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1